UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SIR GREGORY P. JACKSON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-1239-X-BN |
| | § | |
| PARKLAND MEMORIAL HOSPITAL, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 17). Sir Gregory P. Jackson filed an objection (Doc. 19) and exhibits to amend his complaint (Doc. 18). Jackson's objection attaches an itemized bill from Parkland Health,[1] but the defects in Jackson's case are not about whether he truly received care from Parkland Memorial. As Magistrate Judge Horan explained in his findings, conclusion, and recommendation, Jackson's claims neither implicate a federal question nor satisfy diversity jurisdiction.[2] Because Jackson's objection and updated exhibits fail to cure either of these defects, this Court has no jurisdiction over this case.

The District Court reviewed *de novo* those portions of the proposed findings,

---

[1] Doc. 19, 2–11.

[2] Doc. 17, 6–7.

1

conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

    **IT IS SO ORDERED** this 12th day of November, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE